Hendrick **TOWNSEND**, Plaintiff–Appellant,

v.

**COUNTY OF ACCOMACK, DEPARTMENT OF BUILDING AND ZONING; David Fluhart, Director; Steven Miner, County Administrator; Mark Bowden; Tom Willet; Dave Englehart; Gracie Milbourne; Walter Wessels; Larry Giddens; Todd Godwin; Billy Murphy, Deputy; Thomas Dix; Nancy Matthews, Defendants–Appellees.**

No. 13–1714.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 26, 2013.

Decided: Sept. 30, 2013.

Hendrick Townsend, Appellant Pro Se. Samuel Lawrence Dumville, Norris & St. Clair P.C., Virginia Beach, Virginia, for Appellees.

Before SHEDD, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hendrick Townsend appeals the district court's order dismissing his civil case. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Townsend v. Cnty. of Accomack*, No. 2:12–cv–00305–MSD–LRL (E.D.Va. Apr. 30, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*